| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____  Chapter  **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Newport 222 Mitchell Street, L.P.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
82-2295447

**4. Debtor's address**

Principal place of business:
c/o Kevin Murphy
170 Mitchell Street
Atlanta, GA 30303
Number, Street, City, State & ZIP Code

Fulton
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Newport 222 Mitchell Street, L.P.** _____  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Newport 222 Mitchell Street, L.P.** _____  Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**      .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **Newport 222 Mitchell Street, L.P.** _____   Case number (*if known*)_____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Newport 222 Mitchell Street, L.P.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04.22.2024
                MM / DD / YYYY

X  /s/ Kevin Murphy                                       **Kevin Murphy**
   Signature of authorized representative of debtor        Printed name

Title   **Designate**

**18. Signature of attorney**

X   */s/ Michael F. Holbein*                              Date   *04/22/2024*
    Signature of attorney for debtor                            MM / DD / YYYY

**Michael F. Holbein**
Printed name

**Smith, Gambrell & Russell, LLP**
Firm name

**1105 W. Peachtree St. NE**
**Suite 1000**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-815-3607**      Email address   **mholbein@sgrlaw.com**

**360070 GA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

.

```
Balfour Beatty Constr., LLC
c/o K. Hudson, Hudson Lambert
3575 Piedmont Rd, Ste 200
Atlanta, GA 30305
```

Case 24-54060-sms    Doc 1    Filed 04/22/24    Entered 04/22/24 20:39:07    Desc Main
Document      Page 6 of 8

Balfour Beatty Constr., LLC
c/o K. Hudson, Hudson Lambert

# NEWPORT 222 MITCHELL STREET, L.P.

## WRITTEN CONSENT OF GENERAL PARTNER

### April 22 , 2024

Pursuant to Section 10 of the Limited Partnership Agreement of Newport 222 Mitchell Street, L.P., a Delaware limited partnership (the "**Agreement**"), and Delaware Revised Uniform Limited Partnership Act, 6 Del. C., §17-101, *et seq*., the undersigned, NEWPORT SOUTH DOWNTOWN MASTER GP. LLC (the "**General Partner**") being the General Partner of Newport 222 Mitchell Street, L.P., a Delaware limited partnership (the "**Partnership**"), hereby adopt, approve, authorize, ratify, and take the following actions:

**Whereas**, the General Partner, with the advice and counsel of its attorneys and other professional advisors, has fully considered the Partnership's need for liquidation and the alternatives available to it in that regard;

**Whereas**, upon such full consideration the General Partner has concluded that it is in the best interests of the Partnership to authorize the Partnership to file a petition under Chapter 7 of title 11 of the United States Code, as amended (the "**Bankruptcy Code**" or the "**Code**");

**Whereas**, the General Partner accordingly believes that it is in the best interests of the Partnership to approve the Partnership's commencement of a case under chapter 7 of the Code as expeditiously as possible and to take any and all actions necessary and appropriate to effect the same;

**Be it resolved**, that Kevin Murphy (the "**Designate**") is hereby authorized and directed to take all actions as he deems necessary and appropriate to commence a case concerning the Partnership under chapter 7 of the Code, including providing for the Partnership to file a petition under said chapter 7 in the United States Bankruptcy Court for the Northern District of Georgia;

**Be it further resolved**, that the Partnership retain the law firm Smith, Gambrell & Russell, LLP to represent the Partnership in, and to serve as its counsel in connection with the preparation, commencement, and administration of, said case under chapter 7 of the Code, upon such terms as are determined reasonable and appropriate by the Designate and are obtainable by negotiation with said firm;

**Be it further resolved**, that the Partnership provide to said law firm a fee for the engagement authorized by these resolutions, and to make additions to such deposit from time to time, in such amounts as may be required by said firm and shall be determined to be reasonable and appropriate by the Designate;

**Be it further resolved**, that the Designate is hereby authorized and directed, from time to time, to sign such pleadings, lists, notices, and other agreements, instruments and documents, including a petition, schedules, affidavits, and verifications, and any amendments, modifications, or supplements thereto, and to do such other acts and things, as the Designate deems necessary or appropriate for the purpose of commencing and proceeding with a chapter 7 case concerning the Partnership or otherwise fulfilling the intentions of the foregoing resolutions;

**Be if further resolved**, that all documents heretofore signed and all actions heretofore taken in furtherance of the transactions authorized by the foregoing resolutions are hereby ratified, approved, and declared binding on the Partnership;

**In witness whereof**, the General Partner has executed this consent as of the date first above written

NEWPORT SOUTH DOWNTOWN MASTER GP. LLC, the General Partner,

by NEWPORT SOUTH DOWNTOWN MASTER, L.P., a Delaware limited partnership, its sole member,

by NEWPORT US GP, INC., a Delaware Corporation, its general partner

By _____
Olaf Kunkat
Chief Executive officer