# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NEWPORT 222 MITCHELL STREET, L.P., | ) ) | CASE NO. 24-54060-SMS |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES UNDER FED. R. BANKR. P. 2002

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), **Kevin H. Hudson**, **Zachary R. Hall**, and **Alexander J. Bell** of the law firm of Hudson Lambert Parrott, LLC, whose office address and telephone number appear below, hereby authorizes you to enter an appearance on his behalf, as counsel for Balfour Beatty Construction, LLC ("Balfour"), a creditor in the above-styled and numbered proceeding, and to do all that is necessary therewith.

Further, pursuant to Bankruptcy Rule 2002, Balfour requests that it be served with all notices required by Bankruptcy Rule 2002, as well as all reports, pleadings, motions, applications, lists, schedules, statements, chapter 7 plans, disclosure statements, and all other matters arising herein, and that all such notices be served upon it through its undersigned attorney, addressed as follows:

Kevin H. Hudson, Esq.  
Zachary R. Hall, Esq.  
Alexander J. Bell, Esq.  
Hudson Lambert Parrott, LLC  
3575 Piedmont Road, NE  
Building 15, Suite 200  
Atlanta, Georgia 30305  
Email: khudson@hlpwlaw.com  
Email: zhall@hlpwlaw.com  
Email: abell@hlpwlaw.com  

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process.

Respectfully submitted, this 30th day of April, 2024.

**HUDSON LAMBERT PARROTT, LLC**

*/s/ Alexander J. Bell*

| | |
|---|---|
| 3575 Piedmont Road | Kevin H. Hudson |
| Building 15, Suite 200 | Georgia Bar No. 374630 |
| Atlanta, Georgia 30305 | Zachary R. Hall |
| Telephone: (404) 554-8166 | Georgia Bar No. 397354 |
| Facsimile: (404) 554-8171 | Alexander J. Bell |
| Email: khudson@hlpwlaw.com | Georgia Bar No. 282562 |
| Email: zhall@hlpwlaw.com | *Attorneys for Creditor* |
| Email: abell@hlpwlaw.com | *Balfour Beatty Construction, LLC* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the following parties have been served a copy of the foregoing *Notice of Appearance and Request for All Notices Under Rule 2002* by electronic service through CM/ECF and/or U.S. Mail to the following persons or entities:

| | |
|---|---|
| Michael F. Holbein<br>SMITH GAMBRELL & RUSSELL, LLP<br>1105 West Peachtree St., N.E.<br>Suite 1000<br>Atlanta, Georgia 30309<br>mholbein@sgrlaw.com<br>*Attorneys for Debtor* | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>*U.S. Trustee* |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road, Suite 555<br>Atlanta, GA 30305<br>ghays@haysconsulting.net<br>*Trustee* | |

This 30th day of April, 2024.

**HUDSON LAMBERT PARROTT, LLC**

*/s/ Alexander J. Bell*

3575 Piedmont Road
Building 15, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8166
Facsimile: (404) 554-8171
Email: khudson@hlpwlaw.com
Email: zhall@hlpwlaw.com
Email: abell@hlpwlaw.com

Kevin H. Hudson
Georgia Bar No. 374630
Zachary R. Hall
Georgia Bar No. 397354
Alexander J. Bell
Georgia Bar No. 282562
*Attorneys for Creditor*
*Balfour Beatty Construction, LLC*

3