# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-54060-sms |
| | ) | |
| NEWPORT 222 MITCHELL STREET, L.P. | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Benjamin R. Keck of the law firm of Keck Legal, LLC hereby enters his appearance on behalf of on behalf of Tal-Kno Building Products, Inc. a creditor in the above-captioned case. Counsel requests that all notices, pleadings, orders, and other filings in this action be served on him at the following address and e-mail address:

Benjamin R. Keck
Keck Legal, LLC
2801 Buford Highway NE, Suite 115
Atlanta, GA  30329
bkeck@kecklegal.com

Dated: August 14, 2024         Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2801 Buford Highway NE, Suite 115
Atlanta, GA  30329
(470) 826-6020
bkeck@kecklegal.com
*Attorney for Creditor*

-1-