IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>NEWPORT 222 MITCHELL STREET, LLP.,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 24-54060-SMS |

**PRELIMINARY RESPONSE TO MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION OF BI 68, LLC AND DIRECTING THE PRODUCTION OF DOCUMENTS**

BI 68, LLC ("BI 68") files this preliminary response to Balfour Beatty Construction LLC's ("Balfour") *Motion for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of BI 68, LLC and Directing the Production of Documents* (the "2004 Motion") D.E. 37, stating as follows:

1. This Honorable Bankruptcy Court is now the third venue through which Balfour attempts to litigate its relative priority on the Debtor's fully encumbered property after pursuing relief both through the Fulton Superior Court and the Metro Atlanta Business Case Division and thereafter voluntarily dismissing its priority claim without prejudice from the Fulton County Superior Court after 6 months, dispositive motions, and discovery on the same issues raised in the 2004 Motion.

2. In addition to this preliminary response to Balfour's 2004 Motion, BI 68 will timely file a fulsome objection.

*[Signature on Following Page]*

Dated: May 8, 2025

                                        **ALSTON & BIRD LLP**

                                        */s/ Kennedy R. Bodnarek*
                                        Kennedy R. Bodnarek
                                        Georgia Bar No. 623383
                                        One Atlantic Center
                                        1201 West Peachtree Street NW
                                        Atlanta, GA 30309
                                        Phone: 404-881-7000
                                        Fax: 404-881-7777
                                        kennedy.bodnarek@alston.com

                                        *Counsel for BI 68, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused to be served true and correct copies of the foregoing *Preliminary Response to Motion for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of BI 68, LLC and Directing the Production of Documents* by filing such notice with the Court's CM/ECF system.

                                                */s/ Kennedy R. Bodnarek*
                                                Kennedy R. Bodnarek