**IT IS ORDERED as set forth below:**

**Date: May 8, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NEWPORT 222 MITCHELL STREET, LLP., | : | CHAPTER 7 |
| | : | CASE NO. 24-54060-SMS |
| Debtor. | : | |

**ORDER GRANTING MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION BI 68, LLC AND DIRECTING THE PRODUCTION OF DOCUMENTS**

The *Motion for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of BI 68, LLC is and Directing the Production of Documents* [Doc. No. 37] (the "**Motion**") filed by Balfour Beatty Construction, LLC (the "**Movant**" or "**Balfour**"), having been read and considered, it is

**ORDERED** that the Motion be, and the same hereby is, **granted** as follows: pursuant to Fed. R. Bankr. P. 2004(a), the Movant is authorized to proceed with discovery and conduct an examination (the "**Examination**") of BI 68, LLC ("**BI**" or the "**Witness**") in accordance with Fed. R. Bankr. P. 2004(b) at a mutually agreed date, time, and place.

**ORDERED** that the Examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties, by announcement at the examination, or as set forth in a notice filed with the Court and served on BI 68, LLC and the Movant. It is further

**ORDERED** that if attendance and, if applicable, production of designated documents in connection with said Examination, cannot be obtained voluntarily, the Movant may compel such attendance and production of documents as stated in Fed. R. Bankr. P. 2004(c) in the manner provided in Fed. R. Bankr. P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45. It is further

**ORDERED** that BI 68, LLC shall timely respond to any document requests made by the Movant in accordance with Fed. R. Bankr. P. 2004(c). BI 68, LLC may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed. R. Bankr. P. 7034 and shall produce to the Movant all responsive documents that are not subject to a valid timely asserted objection.

The Clerk is directed to serve a copy of this Order upon counsel for the Movant, BI 68, LLC, the Trustee, and the United States Trustee.

***END OF DOCUMENT***

Prepared and Presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC
**/s/ Henry F. Sewell, Jr.**
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for Balfour Beatty Construction, LLC*

**Parties to Be Served**

Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305

Office of the U. S. Trustee
75 Ted Turner Dr SW, Room 362
Atlanta, GA 30303

Michael F. Holbein
Smith, Gambrell & Russell, LLP
1105 West Peachtree St., N.E.
Suite 1000
Atlanta, GA 30309

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

NEWPORT 222 MITCHELL STREET LP
CO KEVIN MURPHY
170 MITCHELL STREET
ATLANTA GA 30303-3424

GA Registered Agent for BI 68, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA, 30092

FL Registered Agent for BI 68, LLC
CAPITOL CORPORATE SERVICES, INC.
515 E PARK AVE. 2ND FL
TALLAHASSEE, FL 32301