UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :   CHAPTER 7
                                                :
NEWPORT 222 MITCHELL STREET, L.P.,              :   CASE NO. 24-54060-SMS
                                                :
        Debtor.                                 :

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw

the *Chapter 7 Trustee's Report of No Distribution* filed electronically on May 21, 2024.

This 5th day of June, 2025.

                                        /s/ S. Gregory Hays
                                        S. Gregory Hays
                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060