# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 24-54060-SMS  
**Case Name:** Newport 222 Mitchell Street, L.P.  
**For Period Ending:** 06/30/2025

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 04/22/2024 (f)  
**§ 341(a) Meeting Date:** 05/21/2024  
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | No Scheduled Assets | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Chapter 5 claim related to the foreclosure of 222 Mitchell Street in March of 2024 (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| 2 | **Assets Totals** (Excluding unknown values) | **$0.00** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

6/5/2025 - Trustee withdrew his Report of No Distribution and declared case as an asset case.

6/5/2025 - Trustee declared case as an asset case.

7/30/2025 - Trustee is investigating Chapter 5 claim related to the foreclosure of 222 Mitchell Street in March of 2024.

**Initial Projected Date Of Final Report (TFR):** 06/30/2027  
**Current Projected Date Of Final Report (TFR):** 06/30/2027