**IT IS ORDERED as set forth below:**

**Date: August 6, 2025**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 24-54060-SMS |
| | : | |
| NEWPORT 222 MITCHELL STREET, L.P., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS,
SUBJECT TO OBJECTION**

On July 30, 2025, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Rountree Leitman Klein & Geer LLC ("**RLKG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 50] (the "**Application**"). The Application and accompanying verified statement demonstrate that RLKG is a firm of attorneys qualified to practice in this Court and that RLKG is disinterested and represents no interest adverse to Debtor or the bankruptcy estate. As this case justifies employment of a professional for the purpose specified, it is hereby

**ORDERED** that under 11 U.S.C. §327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter 7 case; provided, however, nothing in this order is intended to approve any specific services to be rendered or to decide whether such services constitute legal services or the fulfilment of the trustee's duties. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016. It is further

**ORDERED** that compensation shall be paid to RLKG upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee. If an objection is timely filed, then proposed counsel for Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open calendar procedures and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

**Order prepared and presented by:**
ROUNTREE LEITMAN KLEIN & GEER LLC
By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 530
Atlanta, GA  30329
(404) 410-1220
*Proposed Attorneys for Trustee*

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Newport 222 Mitchell Street, L.P.
c/o Kevin Murphy
170 Mitchell Street
Atlanta, GA 30303

Michael F. Holbein
Smith, Gambrell & Russell, LLP
1105 West Peachtree St., N.E.
Suite 1000
Atlanta, GA 30309

Henry F. Sewell, Jr.
Law Offices of Henry F Sewell Jr LLC
2964 Peachtree Road NW Suite 555
Atlanta, GA 30305

William S. Sugden
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street Suite 4900
Atlanta, GA 30309

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329