**IT IS ORDERED as set forth below:**

**Date: March 4, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>NEWPORT 222 MITCHELL STREET, L.P.,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 24-54060-SMS |

### ORDER GRANTING DEFENDANT BI 68, LLC'S MOTION TO QUASH SUBPOENA

This matter is before the Court on BI 68, LLC's ("BI 68") Motion to Quash (Docket No. 46). Based upon the hearing held on February 26, 2026, having considered the Motion to Quash, the Trustee's investigation and determination not to pursue any Chapter 5 causes of action against BI 68, and the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the **MOTION TO QUASH SUBPOENA** is **GRANTED**.

END OF ORDER

Prepared and presented by:

<u>/s/ Kennedy R. Bodnarek</u>
Kennedy R. Bodnarek
Georgia Bar No. 623383
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309
Phone: 404-881-7000
Fax: 404-881-7777
Email:  kennedy.bodnarek@alston.com

*Counsel for BI 68, LLC.*

***Distribution List:***

Michael F. Holbein
Smith, Gambrell & Russell, LLP
1105 West Peachtree St., N.E. Suite 1000
Atlanta, GA 30309

Newport 222 Mitchell Street, L.P.
c/o Kevin Murphy
170 Mitchell Street
Atlanta, GA 30303

Office of the U. S. Trustee
75 Ted Turner Dr SW, Room 362
Atlanta, GA 30303

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I,2987 Clairmont Road, Suite 350
Atlanta, GA 30329

S. Gregory Hays
Trustee Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305