IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NEWPORT 222 MITCHELL STREET, L.P., | ) | CASE NO. 24-54060-SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Balfour Beatty Construction, LLC has filed a Motion to Compel Trustee to Produce Information [Doc. No. 61] (the "**Motion**") seeking an order compelling the Trustee to produce information.[1]

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing (the "**Hearing**") on the Motion at **11:00 a.m.** on **March 30, 2026**, **in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on the Motion. You should read these pleadings carefully and discuss them with your attorney, if you have one in this Case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the Hearing. You may also file a written response to the Motion with the Clerk at the address below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the Hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta

---

[1] Capitalized, but undefined terms used herein shall have the meaning ascribed to such terms in the Motion.

Georgia 30303. You must also mail a copy of your response to the undersigned at Law Offices of

Henry F. Sewell, Jr., LLC, Attn: Henry F. Sewell, Jr., 2964 Peachtree Road, NW, Suite 555, Atlanta,

Georgia 30305.

Dated: March 19, 2026.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for Balfour Beatty Construction, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :
                                                :
NEWPORT 222 MITCHELL STREET, LLP.,              :          CHAPTER 7
                                                :          CASE NO. 24-54060-SMS
        Debtor.                                 :

## CERTIFICATE OF SERVICE

This is to certify that service of the within and foregoing *Notice of Hearing* was served via the United States Bankruptcy Court for the Northern District of Georgia's Electronic Case Filing System to all parties who have filed appearances and by first class mail with postage adequate to insure delivery to the following:

Michael F. Holbein                              ALSTON & BIRD LLP
Smith, Gambrell & Russell, LLP                  c/o William S. Sugden
1105 West Peachtree St., N.E.                    One Atlantic Center
Suite 1000                                      1201 West Peachtree Street NW
Atlanta, GA 30309                               Atlanta, GA 30309

S. Gregory Hays, Trustee                        Michael Barger
Hays Financial Consulting, LLC                  Rountree Leitman Klein & Geer, LLC
2964 Peachtree Road, Suite 555                  Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA 30305                               Atlanta, Georgia 30329

This 19th day of March, 2026.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for Balfour Beatty Construction, LLC*